UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *United States*, | | |
| | Plaintiff, | No. 25-mc-590 |
| -against- | | **ORDER TO FILE** |
| | | **MISCELLANEOUS CASE** |
| *John Doe*, | | **UNDER SEAL** |
| | Defendant. | |

The United States of America, having moved to file a new miscellaneous case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby

ORDERED that this case may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and to present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order to the selected party viewing level and close the case.

Dated:     New York, New York
           December  22 , 2025

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
PART I

1